FILED - GR
May 22, 2023 1:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 5/22

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**Kylen  Jenkins**

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:23-cv-530
Sally J. Berens
U.S. Magistrate Judge

v.

**Berrien County**

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?   Yes ☐   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

   _____

   3. Did you appeal the decision?   Yes ☐   No ☐
   4. Is the appeal still pending?   Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____

   _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

      a. If so, explain: _____

   _____

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Kylen Jenkins__

Place of Present Confinement __Berrien County__

Address __919 Port St.__

Place of Confinement During Events Described in Complaint __Berrien County__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Tyler Roots__

Position or Title __Detective__

Place of Employment __State Police Detective / Michigan State Police Detective Office__

Address _____

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I was falsly incarcerated in berrien County Jail for 2 great bodily harm less than murder charges from 05/28/2021 to about ~~september~~ 09/02/2021. Detective tyler roots took me to the interview room and questioned me about a shooting I had No Knowledge of. Once I extriced my right to remain silent he then told me I was going to berrien County Jail on 2 great bodily harm less than murder charges. I then tried to tell him "I don't know about any shooting", and he ignored me. I was going thru a very hard time in Jail. Being so young around all adults had me very terrified and nervous. Knowing I was truly inocent hurt me even more. I was also still in school, I was supposed to be graddating that following year. I was fed sandwiches for dinner, and I was forced to eat it or I was going to starve. Being falsly incarcerated also dammaged my mental state also. It is very hard for me to sleep, My anxiety is very bad, and I think the police is out to get me. I was beaten multiple times by inmates and was scared for my life. I was crying out for help and No one could save me.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would like to recieve a payment for everyday I spent in Jail innocent.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[☑] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

04/2/23
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



Berrien County Jail
919 Port St
St. Joesph, MI 49085

U.S. D
399 F
110 Mi
Grand